**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
 DANNY C. RODRIGUEZ, as father and natural
guardian of J.R., an infant,

                      Plaintiff,

         -against-                                  24 **CIVIL** 9703 (CS)

                                        **JUDGMENT**

United States of America,

                    Defendants.
--------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated May 19, 2026, Defendant's motion to dismiss is

GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

     May 20, 2026

                             **TAMMI M. HELLWIG**
                             _____
                               **Clerk of Court**

               **BY:**    _____
                               **Deputy Clerk**